UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

v.                                               Case No. 2:18-mj-52
                                               HON. TIMOTHY P. GREELEY

Pedro Francisco Gonzalez,

        Defendant.
_____/

## **ORDER OF DETENTION**

Defendant appeared before the undersigned on November 20, 2018, for an initial appearance on the complaint charging defendant with distribution of methamphetamine.

The government moved for detention which was supported by pretrial services. Defendant will be given time to consult with his attorney and may request a detention hearing at a later date.

Defendant shall be detained pending further proceedings.

IT IS SO ORDERED.

                                                 */s/ Timothy P. Greeley*
                                                 TIMOTHY P. GREELEY
                                                 UNITED STATES MAGISTRATE JUDGE

Dated: November 20, 2018